1  ROBERT A, MANDEL, SBN 022936
   **ZUBER LAWLER LLP**
2  2415 East Camelback Road, Suite 700
   Phoenix, Arizona 85016
3  Telephone: +1 (602) 610-1944
   Fax: +1 (213) 596-5621
4  rmandel@zuberlawler.com
   tdancer@zuberlawler.com
5  *Attorneys for Defendant Capna Intellectual, Inc.*

6  DAVID W. WILLIAMS, SBN 022764
   **DAVIS MILES MCGUIRE GARDNER PLLC**
7  40 E. Rio Salado Parkway, Ste. 425
   Tempe, Arizona 85281
8  Telephone: +1 (480) 344-4047
   Fax: +1 (480) 733-3748
9  dwilliams@davismiles.com
   *Attorneys for Defendant Tierra Grow Management, LLC*

10

11          **UNITED STATES DISTRICT COURT**

12             **DISTRICT OF ARIZONA**

13

14  Bloom Master Fund I, LLC, a Delaware          Civil Action No.:
    limited liability company,
15                                                **NOTICE OF REMOVAL BY ALL
                                                  DEFENDANTS**
16                                  *Plaintiff*,

17  *v.*

18  Capna Intellectual, Inc., a California
    corporation, and Tierra Grow
19  Management, LLC, an Arizona limited
    liability company,
20
21                                  *Defendants*.

22

23          Pursuant to 28 U.S.C. §§ 1441 and 1446 and Rule 3.6 of the Rules of Practice

24  of the U.S. District Court for the District of Arizona ("LRCiv."), Defendants Capna

25  Intellectual, Inc. ("Capna") and Tierra Grow Management, LLC ("Tierra")

26  (collectively, "Defendants") submit this Notice of Removal by All Defendants of the

27  above-captioned action from the Superior Court of the State of Arizona in and for

28  the County of Maricopa (the "Superior Court") to this federal district court.

## I.   INTRODUCTION

On Tuesday, June 22, 2021, Bloom Master Fund I, LLC ("Plaintiff"), commenced the action under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and state law by filing a Verified Complaint (the "Complaint") in the Superior Court. *See* Attachment 3 hereto. The Complaint is styled *Bloom Master Fund I, LLC, a Delaware limited liability corporation v. Capna Intellectual, Inc., a California corporation, and Tierra Grow Management, LLC, an Arizona limited liability corporation*, and has been assigned the case number CV2021-010019 (the "Superior Court Action"). The Superior Court Action was assigned to Maricopa County Superior Court Judge John Hannah.

Plaintiff's Complaint in the Superior Court Action seeks both monetary and injunctive relief predicated on purported federal law claims of trademark infringement and unfair competition (Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)) and Arizona state law claims of registered trademark infringement, common law trademark infringement, and unfair competition. Plaintiff designates the aforementioned claims "Count One," "Count Two," "Count Three", "Count Four," and "Count Five" in the Complaint.

Pursuant to 28 U.S.C. § 1446 and LR Civ. 3.6(b), the separate attachments to this Notice comprise true and complete copies of all pleadings and other documents filed in the Superior Court as of June 25, 2021, together with the additional forms that LR Civ. 3.6 directs the removing parties to file. Specifically, Defendants hereby identify and attach as Attachments 1 through 11 the following documents unless otherwise noted in parentheses:

1.   Supplemental Civil Cover Sheet;

2.   Superior Court docket as of June 26, 2021;

3.   Operative complaint, *i.e.*, "Plaintiff's Verified Complaint";

4.   Superior Court service documents[1];

---

[1]   Plaintiff has not caused formal service of process to be effected on either of the Defendants. Plaintiff's counsel, at 10:02 p.m. on Thursday, June 24, 2021, sent an

5.      Answers (none)[2];

6.      Superior Court orders terminating or dismissing parties (none)[3];

7.      Notices of Appearance in the Superior Court (none)[4];

8.      Pending motions, responses, or replies, *i.e.*, Plaintiff's "Application for Temporary Restraining Order with Notice and for a Preliminary Injunction Against Defendants Capna Intellectual, Inc. and Tierra Grow Management, LLC"; and Plaintiff's "Petition for Order to Show Cause"[5];

9.      Remainder of Superior Court record, *i.e.*, Superior Court "Civil Cover Sheet"; "Certificate of Compulsory Arbitration"; "Summons to Capna Intellectual, Inc."; "Summons to Tierra Grow Management, LLC"; and Minute Entry entered June 24, 2021;

10.      Verification of Attorney Robert A. Mandel; and

11.      Federal Civil Cover Sheet (AO Form JS-44).

Attachments 3, 8, and 9 comprise all known pleadings and other documents filed in the Superior Court Action as of this date.

## II.      BASIS FOR FEDERAL JURISDICTION: FEDERAL QUESTION

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, as the Complaint propounds claims against Defendants for alleged violations of federal statutes. This Court has supplemental jurisdiction of Plaintiff's

---

email to Capna's out-of-state counsel in Redwood City, California, requesting that counsel "let us know if [he] can accept service" of the Verified Complaint and other filed documents attached thereto. Attachment 4 to this Notice is a true and correct copy of the June 24 email exclusive of the documents appended thereto. Defendants will file their Answers or otherwise move to dismiss the Complaint, in whole or in part, in accordance with the deadlines set forth in the Federal Rules of Civil Procedure. Their respective counsel have not entered appearances for them in the Superior Court Action.

[2]   *See* fn. 1

[3]   *See* fn. 1

[4]   *See* fn. 1

[5]   Defendants have not yet had an opportunity to consider, prepare, or file their respective responses to these applications.

3330-1005 / 1832568.1

ancillary state law claims under 28 U.S.C. § 1367. As such, the action is properly removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

## III.   JOINDER AND CONSENT OF DEFENDANT TIERRA

This Notice is being filed on behalf of both Defendants in the Superior Court Action. Attorney David W. Williams, counsel to Tierra, has authorized attorney Robert A. Mandel, counsel for Capna, to sign this Notice on his behalf.

## IV.   PRESERVATION OF RIGHT TO REQUEST JURY TRIAL

Defendants expressly reserve their respective rights to demand a trial by jury at the appropriate time.

## V.   NOTICE TO SUPERIOR COURT

A copy of this Notice is being filed with the Clerk of the Superior Court concurrently.

RESPECTFULLY SUBMITTED this 27th day of June 2021.

**ZUBER LAWLER LLP**

By:  */s/ Robert A. Mandel*
    Robert A. Mandel, SBN 022936
    2415 E. Camelback Rd., Ste. 700
    Phoenix, Arizona  85016
    *Counsel for Defendant Capna*
    *Intellectual, Inc.*

**DAVIS MILES MCGUIRE GARDNER PLLC**

By: */s/ David W. Williams* (w/permission)
    David W. Williams, SBN 22764
    40 E. Rio Salado Parkway, Suite 425
    Tempe, AZ 85281
    *Counsel for Defendant Tierra Grow*
    *Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jesse R. Callahan, Esq.
Jason M. Covault, Esq.
Michelle L. Mozdzen, Esq,
MAY, POTENZA, BARAN & GILLESPIE, P.C.
201 N. Central Ave., 22nd Floor
Phoenix, Arizona 85004-0608
*Attorneys for Plaintiff Bloom Master Fund I, LLC*

David W. Williams, Esq.
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Ste. 425
Tempe, Arizona 85281
*Attorneys for Defendant Tierra Grow Management, LLC*

Dated this 27th day of June 2021.

*/s/ Robert A. Mandel*
Robert A. Mandel

Case No. CV

Notice of Removal

3330-1005 / 1832568.1