Jason Covault – SBN 025425
Jesse R. Callahan – SBN 025393
Michelle L. Mozdzen – SBN 028188
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona  85004-0608
Telephone:  (602) 252-1900
Facsimile:   (602) 252-1114
E-mail: jcovault@maypotenza.com
            jcallahan@maypotenza.com
            mmozdzen@maypotenza.com
*Attorneys for Plaintiff,*
BLOOM MASTER FUND I, LLC

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bloom Master Fund I, LLC, a Delaware limited liability corporation,<br><br>                                  Plaintiff,<br>vs.<br><br>Capna Intellectual, Inc., a California corporation, and Tierra Grow Management, LLC, an Arizona limited liability corporation,<br><br>                                  Defendants. | No. 2:21-CV-01116-DJH<br><br>**NOTICE OF FILING EXHIBITS TO PLAINTIFF'S REPLY IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE AND FOR A PRELIMINARY INJUNCTION AGAINST DEFENDANTS CAPNA INTELLECTUAL, INC. AND TIERRA GROW MANAGEMENT, LLC** |

Plaintiff Bloom Master Fund I, LLC ("Plaintiff") hereby files with the Court, Exhibits A, B, and C to its Reply in Support of Application for Temporary Restraining Order with Notice and for a Preliminary Injunction Against Defendants Capna Intellectual, Inc. and Tierra Grow Management, LLC filed at Dkt. 20 on July 2, 2021, as attached hereto.

1 | Dated: July 2, 2021.

2 | Respectfully submitted,

3 | **MAY, POTENZA,**
4 | **BARAN & GILLESPIE, P.C.**

5 | /s/ *Jason Covault*
Jason Covault
6 | Jesse R. Callahan
Michelle L. Mozdzen
7 | *Attorneys for Plaintiff*
*BLOOM MASTER FUND I, LLC*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Robert A. Mandel<br>ZUBER LAWLER, LLP<br>2415 E. Camelback Rd., Ste. 700<br>Phoenix, AZ 85016<br>Tel: (602) 610-1944<br>Fax: (213) 596-5621<br>Email: rmandel@zuberlawler.com<br>Email: tdancer@zuberlawler.com<br>*Attorneys for Defendant*<br>CAPNA INTELLECTUAL, INC. | David W. Williams<br>DAVIS MILES MCGUIRE GARDNER PLLC<br>40 E. Rio Salado Pkwy., Ste. 425<br>Tempe, AZ 85281<br>Tel: (480) 344-4047<br>Fax: (480-733-3748<br>Email: dwilliams@davismiles.com<br>*Attorneys for Defendant*<br>TIERRA GROW MANAGEMENT, LLC |

/s/ Anne Finch

3

# EXHIBIT A

**From:** Joshua Masur
**To:** Michelle Mozdzen
**Subject:** Re: Capna Intellectual / Bloom Master Fund I
**Date:** Friday, February 12, 2021 3:22:42 PM
**Attachments:** image001.png
image001.png

Thanks, Michelle -

Can I give you a call in about an hour? What number should I call?

— Josh


Joshua M. Masur : : Zuber Lawler LLP
jmasur@zuberlawler.com : : +1 650 434 8538 direct : : +1 650 814 0352 cell

created using tiny "keys" - please forgive typos, abbreviations, terseness, and any appearance of illiteracy


**From:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Sent:** Friday, February 12, 2021, 10:15 AM
**To:** Joshua Masur
**Subject:** RE: Capna Intellectual / Bloom Master Fund I

Subject to Federal and Arizona Rule of Evidence Rule 408
For Settlement Purposes Only

Hi Josh,

I had the opportunity to speak with my clients, and while they appreciate the rebranding offer, they are still uncomfortable with someone else using Bloom in AZ, especially without knowing how many units were are talking about. Would your clients be able to package it generically, and blow out the product to recoup costs?

Happy to chat on the phone if you think it makes more sense, but I do have another call at 2, which I expect to take about an hour.

MAY POTENZA BARAN & GILLESPIE
**MICHELLE L. MOZDZEN** | ASSOCIATE ATTORNEY
PHONE: (602) 252-1900 | EMAIL | WEBSITE | vCARD | FAX: (602) 252-1114
CHASE TOWER, 201 N. CENTRAL AVE., 22ND FLOOR
PHOENIX, AZ 85004-0608


**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, February 12, 2021 12:43 PM
**To:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Cc:** Tom Zuber <tzuber@zuberlawler.com>; Angela Garcia <agarcia@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Evangelina Perez <EPerez@maypotenza.com>
**Subject:** RE: Capna Intellectual / Bloom Master Fund I

Hi, Michelle —

Just checking in to see whether it makes sense to chat before the week closes out.

Thanks.

– Josh



**JOSHUA M. MASUR**
Partner and IP Group Head
Zuber Lawler LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Sent:** Tuesday, February 9, 2021 2:09 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Tom Zuber <tzuber@zuberlawler.com>; Angela Garcia <agarcia@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Evangelina Perez <EPerez@maypotenza.com>
**Subject:** RE: Capna Intellectual / Bloom Master Fund I

That works! Please call my conference line at 480-739-2746 PIN 123. Looking forward to speaking with you.

MAY
POTENZA **MICHELLE L. MOZDZEN | ASSOCIATE ATTORNEY**
BARAN & PHONE: (602) 252-1900 | EMAIL | WEBSITE | VCARD | FAX: (602) 252-1114
GILLESPIE CHASE TOWER, 201 N. CENTRAL AVE., 22ND FLOOR
PHOENIX, AZ 85004-0608

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Tuesday, February 9, 2021 4:57 PM
**To:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Cc:** Tom Zuber <tzuber@zuberlawler.com>; Angela Garcia <agarcia@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Evangelina Perez <EPerez@maypotenza.com>
**Subject:** Re: Capna Intellectual / Bloom Master Fund I

Thanks, Michelle - appreciate your courtesy. How about 11am Arizona time tomorrow morning? If that works for you, please let me know what number to call. (Not sure whether you folks are working remotely.)

– Josh

Joshua M. Masur : : Zuber Lawler & Del Duca LLP
jmasur@zuberlawler.com : : +1 650 434 8538 direct : : +1 650 814 0352 cell

created using tiny "keys" - please forgive typos, abbreviations, terseness, and any appearance of illiteracy

**From:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Sent:** Tuesday, February 9, 2021 1:17:44 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Tom Zuber <tzuber@zuberlawler.com>; Angela Garcia <agarcia@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Evangelina Perez <EPerez@maypotenza.com>
**Subject:** RE: Capna Intellectual / Bloom Master Fund I

Hi Josh,

Thanks for the email, I can be available at any of those times tomorrow. Since you are on vacation, kindly let me know your preference, and I would be happy to accommodate your schedule.



**MICHELLE L. MOZDZEN** | ASSOCIATE ATTORNEY
PHONE: (602) 252-1900 | EMAIL | WEBSITE | VCARD | FAX: (602) 252-1114
CHASE TOWER, 201 N. CENTRAL AVE., 22ND FLOOR
PHOENIX, AZ 85004-0608

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Tuesday, February 9, 2021 1:52 PM
**To:** Michelle Mozdzen <MMozdzen@maypotenza.com>
**Cc:** Tom Zuber <tzuber@zuberlawler.com>; Angela Garcia <agarcia@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Subject:** Capna Intellectual / Bloom Master Fund I

Michelle –

Following up on the voicemail I just left you, we represent Capna Intellectual, and I was calling to discuss your January 19 letter on behalf of Bloom Master Fund I.

I'm on vacation this week, but can schedule a call at a convenient time, preferably in the late morning or afternoon Arizona time. Please let me know some good times for you, either today or tomorrow, for a call.

Thanks.

– Josh

**ZUBER LAWLER**

**JOSHUA M. MASUR**
Partner and IP Group Head
Zuber Lawler LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.

# EXHIBIT B

**JESSE CALLAHAN**

201 N. Central Avenue
22nd Floor
Phoenix, AZ 85004-0608
Direct Dial: 602-774-3506
Office: 602-252-1900
Facsimile: 602-252-1114
jcallahan@maypotenza.com
www.maypotenza.com

**MAY POTENZA BARAN & GILLESPIE**

February 24, 2021

***Via Electronic and U.S. Mail***
Joshua M. Masur
Zuber Lawler LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
jmasur@zuberlawler.com

      **Re:** *Capna Intellectual/Bloom Master Fund I*

      **This settlement communication is subject to Federal and Arizona Rule of Evidence 408**

Dear Mr. Masur,

When we last spoke, you had indicated that your clients had approximately 60,000 units in Arizona, comprising of a combination of concentrate in cartridges, resin, and .5g and 1g flower (collectively, the "Products"). Please confirm this with your clients. You also indicated that your clients are strongly opposed to repackaging these Products, due to the cartridge directly containing the BLOOM insignia, and not just an external box.

Bloom hereby conveys the following offer of settlement related to the foregoing:

1. Capna will permanently cease and desist any and all use of the Bloom marks in Arizona in connection with any and all cannabis products.
2. Capna will provide testing results as to the Products, so that my client may ascertain the quality thereof.
3. Capna will provide the total quantities of each of the above types of the Products.

Joshua M. Masur
February 24, 2021
Page 2

4. Assuming the test results meet Bloom's approval, Capna may have no more than three months to sell the units referenced in #3 above.
5. For each unit sold, Capna will pay Bloom $5, which is expected to total approximately $300,000. Any units not sold will be destroyed. An accounting of all sales, payment, and proof of destruction on unsold units shall be provided to Bloom within ten (10) days of the expiration of the three-month period referenced in #4.

This offer automatically expires on February 28, 2021 at 5:00 pm unless it is accepted in writing before the date and time specified. Please inform Capna that its desire to sell off these units simply to recoup costs will not save them money in the long run, because Bloom will prevail if forced to proceed to litigation. If we do not receive acceptance by then, we will be left with no choice but to pursue legal action. If the above terms are acceptable, please let me know and we will reduce these terms to a more formal settlement agreement. Nothing in this letter shall constitute a waiver of any rights or remedies of Bloom, all of which are expressly reserved.

    Sincerely,

    **MAY, POTENZA, BARAN & GILLESPIE, P.C.**

    */s/ Jesse R. Callahan, Esq.*

# EXHIBIT C



JESSE CALLAHAN

201 N. Central Avenue
22nd Floor
Phoenix, AZ 85004-0608
Direct Dial: 602-774-3506
Office:  602-252-1900
Facsimile: 602-252-1114
jcallahan@maypotenza.com
www.maypotenza.com

**MAY POTENZA BARAN & GILLESPIE**

March 6, 2021

***Via Electronic and U.S. Mail***
Joshua M. Masur
Zuber Lawler LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
jmasur@zuberlawler.com

      **Re:**   ***Capna Intellectual/Bloom Master Fund I***

### This settlement communication is subject to Federal and Arizona Rule of Evidence 408

Dear Mr. Masur,

Our focus remains on the 60,000 branded cannabis units Capna Intellectual ("Capna") has in Arizona (collectively, the "Products"). Having received no corrections to Bloom Master Fund I's ("Bloom") previous letter, I trust that you were able to verify with Capna that the units comprised of a combination of concentrate in cartridges, resin, and .5g and 1g flower. We have discussed the information you have provided with Bloom, and Bloom has authorized us to extend the deadline of our previously proposed settlement terms to March 12, 2021.

Bloom stands by its prior offer as follows:

1. Capna will permanently cease and desist any and all use of the Bloom marks in Arizona in connection with any and all cannabis products.
2. Capna will provide testing results as to the Products, so that my client may ascertain the quality thereof.
3. Capna will provide the total quantities of each of the above types of the Products.

Joshua M. Masur
March 6, 2021
Page 2

4. Assuming the test results meet Bloom's approval, Capna may have no more than three months to sell the units referenced in #3 above.
5. For each unit sold, Capna will pay Bloom $5, which is expected to total approximately $300,000. Any units not sold will be destroyed. An accounting of all sales, payment, and proof of destruction on unsold units shall be provided to Bloom within ten (10) days of the expiration of the three-month period referenced in #4.

You indicated on your phone call that you believed a $5 per unit payment to Bloom would comprise the entirety of Capna's profit margins. Knowing the cost of production and the standard retail price for which these products are sold, we have every reason to believe that Capna will still be making money under these proposed terms.

This offer automatically expires on March 12, 2021 at 5:00 pm unless it is accepted in writing before the date and time specified. If we do not receive acceptance by then, we will be left with no choice but to pursue legal action. If the above terms are acceptable, please let me know and we will reduce these terms to a more formal settlement agreement. Nothing in this letter shall constitute a waiver of any rights or remedies of Bloom, all of which are expressly reserved.

Please let me know if you would like to discuss this matter further.

Sincerely,

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

/s/ Jesse R. Callahan, Esq.