**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bloom Master Fund I LLC, | No. CV-21-01116-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Capna Intellectual Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Application for Temporary Restraining Order with Notice and for a Preliminary Injunction (Doc. 2). Defendants filed a Response (Doc. 13), and Plaintiff filed a Reply (Doc. 20). The Court is also in receipt of Plaintiff's Verified First Amended Complaint (Doc. 18), which was timely filed. *See* Fed. R. Civ. P. 15(a).

The Amended Complaint omits the prior version's federal claims, and Plaintiff concedes the Court no longer has federal question jurisdiction over this action. (Doc. 18 at ¶ 9); *see also* 28 U.S.C. § 1331. Because Plaintiff alleges it and Defendant Tierra Grow Management, LLC are from Arizona, (*Id.* at ¶¶ 3, 7), there can be no diversity jurisdiction, either. *See* 28 U.S.C. § 1332. The Court, then, completely lacks original jurisdiction over this case.

Plaintiff's Amended Complaint notes that the Court may decline to exercise pendent jurisdiction on the state law claims. (*Id.* at ¶ 10). In fact, nowhere on the record does Plaintiff argue the Court should continue to exercise jurisdiction over the remaining claims. Whether to exercise pendent jurisdiction is a matter of discretion, one in which courts

consider "judicial economy, convenience and fairness to litigants . . . ." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966); *see also* 28 U.S.C. § 1367(c)(3).

Here, if the Court were to decline supplemental jurisdiction, it would necessarily deny Plaintiff's Application for Temporary Restraining Order as moot. In that case, the Court sees no prejudice to Plaintiff, as it was Plaintiff who elected to strip this Court of original jurisdiction. Likewise, the Court sees no prejudice to Defendants, who elected to remove this case from state court.

Therefore, the Court declines to exercise pendent jurisdiction over this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Temporary Restraining Order with Notice and for a Preliminary Injunction (Doc. 2) is **denied** as moot.

**IT IS FURTHER ORDERED** vacating the Telephonic Hearing set for July 6, 2021.

**IT IS FINALLY ORDERED** that the Clerk of Court shall remand this matter to Maricopa County Superior Court.

Dated this 2nd day of July, 2021.

Honorable Diane J. Humetewa
United States District Judge